No. 1073.   UNITED STATES *v.* ZIZZO.   C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded for reconsideration in light of this Court's decision in *Mackey* v. *United States,* 401 U. S. 667.   MR. JUSTICE DOUGLAS dissents from this action of the Court.

No. 1150.   BLOSS *v.* MICHIGAN.   Sup. Ct. Mich.   Certiorari granted and judgment reversed.   *Redrup* v. *New York,* 386 U. S. 767 (1967).   THE CHIEF JUSTICE, MR. JUSTICE HARLAN, and MR. JUSTICE BLACKMUN would grant petition and set case for oral argument on issue whether seizure of the film without a warrant violated applicable constitutional standards.

No. 5016.   LAUCHLI *v.* UNITED STATES.   C. A. 7th Cir. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for reconsideration in light of this Court's decisions in *Haynes* v. *United States,* 390 U. S. 85 (1968), and *United States* v. *United States Coin & Currency,* 401 U. S. 715.

No. 5052.   GILLESPIE *v.* UNITED STATES.   C. A. 7th Cir. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for reconsideration in light of this Court's decisions in *Haynes* v. *United States,* 390 U. S. 85 (1968), and *United States* v. *United States Coin & Currency,* 401 U. S. 715.

No. 5040.   GRAHAM *v.* UNITED STATES.   C. A. 6th Cir.   Motion for leave to proceed *in forma pauperis* granted.   Certiorari granted, judgment vacated, and case remanded for reconsideration in light of this Court's decision in *United States* v. *United States Coin & Currency,* 401 U. S. 715.